Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _Middle District_ |
|---|---|
| Name (under which you were convicted): _James A. Wolfe_ | Docket or Case No.: _2000 CR 135 / 1569 CP 1999_ |
| Place of Confinement: _State Correctional Institution at Huntingdon_ | Prisoner No.: _EP9297_ |

| Petitioner (include the name under which you were convicted) _James A. Wolfe_ Petitioner of Pennsylvania | v. | Respondent (authorized person having custody of petitioner) _John E. Wetzel Secretary of Corrections K. Kauffman Superintendent Commonwealth of Pennsylvania PA Department of Corrections_ |
|---|---|---|
| The Attorney General of the State of _Josh Shapiro_ | | _Pennsylvania Board of Probation and Parole_ |

FILED
SCRANTON

JUL 07 2020

Per _____
DEPUTY CLERK

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _Commonwealth Court of Pennsylvania_
_601 Commonwealth Avenue Suite 2100 P.O. Box 69185 Harrisburg PA 17106-9185_
(b) Criminal docket or case number (if you know): _624 M.D. 2019_

2. (a) Date of the judgment of conviction (if you know): _June 16, 2020_
(b) Date of sentencing: ~~18 years 4 months 27 days to 45 years 5 months~~ 11/3/2000 / 12/14/2000

3. Length of sentence: _13 years 4 months 27 days to 45 years 5 months_

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☑    No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _Homicide by vehicle while DUI_
_Homicide by vehicle DUI Fleeing or eluding Police officer_
_Aggravated Assault while DUI Driving under Suspension_

6. (a) What was your plea? (Check one)

    (1)    Not guilty ☑        (3)    Nolo contendere (no contest) ☐

    (2)    Guilty ☐          (4)    Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? plead guilty to DUI Fleeing or attempting to elude police officer Driving under suspension. Plead not guilty to Homicide by vehicle while DUI Homicide by vehicle Aggravated assult while DUI DUI Driving under Suspension

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑  No ☐

9. If you did appeal, answer the following:

(a) Name of court: PA Superior Court

(b) Docket or case number (if you know): Western District of PA

(c) Result: Affirmed

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: insuffcent evedence

(g) Did you seek further review by a higher state court?    Yes ☑  No ☐

If yes, answer the following:

(1) Name of court: PA Supreme Court

(2) Docket or case number (if you know): _____

(3) Result: denied

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: insufficant evedience

Page 4

(h) Did you file a petition for certiorari in the United States Supreme Court?        Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Commonwealth Court of Pennsylvania_

(2) Docket or case number (if you know): _1328 C.D 2019 / 624 mp 2019_

(3) Date of filing (if you know): _September 26, 2019 / November 13, 2019_

(4) Nature of the proceeding: _Mandamus_

(5) Grounds raised: _Ex post facto under US constitution / PA constitution arbitrary capricious decision, and Equal Protection 14th Amendment PA Parole Board counsel did not file Preliminary objection in accordance with the date to be filed by the Commonwealth court in its January 22, 2020 order_

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:       Yes ☐ No ☑

(2) Second petition:      Yes ☐ No ☐

(3) Third petition:       Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _No_ there is no available state corrective process under Pennsylvania law regarding PA Parole Board decisions

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ex post facto US Constitution Article 1 section 10 Pennsylvania Constitution art 1 Section 17

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PA Parole Board change Parole law voting process in month of April 2019 to require 5 board member votes rather than the previous 2 board member votes for the granting of parole. Board is viewing or basing its voting process as Homicide by Vehicle while Out as a violent crime. Under Pennsylvania law 42 PG C.S.A. 9714(9) Homicide by vehicle while DUI is not held to be a crime of violence

(b) If you did not exhaust your state remedies on Ground One, explain why: no remedy under Pennsylvania law regarding Pennsylvania Parole Board decisions

(c)  Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Appealed to the PA Parol Board on August 5, 2019 which was denied stating Parol decisions are not appealable

GROUND TWO: Arbitrary, Capricious decision making

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): In the Pa Parole boards decision of May 17 2016 it listed as a reason for denial of this petitioner Parole as having an unsatisfactory supervision history when an unsatisfactory supervision history on petitioner does not exist it also held contradictory risk to community in its decision making The board Chairman board member nor the board Secretary were bound by the board hearing examiner findings in its may 17, 2016 findings showing that the board member and board secretary followed the hearing examiners findings without any review of any files as it would have shown that an unsatisfactory Supervision history on Petitioner does not exist.

Page 8

(b) If you did not exhaust your state remedies on Ground Two, explain why: Under pennsylvania law no remedy exists on arbitrary Capricious decision making in parole decisions Under Pennsylvania law the PA Parole Board has exclusive Power to Parole

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑ .

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

Page 9

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Appealed to Pa Parol board on August 5, 2019 that was denied as parole decisions are not appealable

_____

GROUND THREE: Equal protection US Constitution of the 14th amendment and Article 1 section 26 of the Pennsylvania constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The PA Parole board is classifing me as a violent offender under its parole review of me in Conflict with 42 PA CSA 9714(9). The Parole board is viewing me as a risk to the community. The PA Parole board in its Offical Publications has hils that Human behavior is difficult to predict. A risk assessment is a statistical tool that does not predict which individual will re-offend they identifies groups likely to re-offend Risk assment may Place an individual inmate in a group but specifically which inmate will re-offend is difficult to identify

(b) If you did not exhaust your state remedies on Ground Three, explain why: No Under Pennsylvania law there is no remedy regarding arbitrary capricious decision making by the PA Parole board under PA law exclusive Power to Parole is vested in the Parole Board

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _The PA Parole board is not relying on its Pre sentence Investigation report to Conducted by a Supervisory agent of the PA Parole Board_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

Prior to sentencing of petitioner a Supervisory agent of the PA Parole Boards Altoona PA District office Conducted an investigation of petitioner. and recommended Petitioner serve a sentence in the range of 9 year to 18 year Petitioner has since served 19 years 5 months 21 days and has maintained PA DOC recommendation for Parole at all of the Parole reviews

(b) If you did not exhaust your state remedies on Ground Four, explain why: _Under PA law no remedy exist regarding PA Parole Board decisions that are arbitrary and capricious. Under PA law the PA Parole Board has exclusive Power to Parole_

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:  _Administrative appeal August 5. 2019 to the PA Parole Board that was denied Stating that Parole decisions are not appealable_

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ☐  No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _All issues have been presented to the Commonwealth Court of Pennsylvania and Administrative Court of Pennsylvania As the PA Parole Board is a Commonwealth agency of Pennsylvania._

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ N/A _____

(b) At arraignment and plea: _____ N/A _____

(c) At trial: _____ N/A _____

(d) At sentencing: _____ N/A _____

(e) On appeal: _____ Pro - Se _____

(f) In any post-conviction proceeding: _____ N/A _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ N/A _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petition is timely filed judgement became final June 16, 2020

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: _Order a Parole hearing_ _with the Board appling the correct law complying with the US and PA_ _constitution release from custody, All other relief deemed appropriate by the court_ or any other relief to which petitioner may be entitled.

_Pro- Se_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _June 23, 2020_ _____ (month, date, year).

Executed (signed) on _June 23, 2020_ (date).

_James A. Wolfe_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _Petitioner signed this petition_

\* \* \* \* \*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_____

_____

Plaintiff )
)
v. )   Civil Action No. _____
)
_____ )

Defendant )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

· I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____, and my take-home pay or wages are:  $ _____ per

(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all th· at apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____                                    _____
                                                          *Applicant's signature*

                                                          _____
                                                          *Printed name*

Smart Communications/PADOC

SCI- Huntingdon

Name James A. Wolfe        Number EP9297

PO Box 33028

St Petersburg FL 33733

RECEIVED
SCRANTON

JUL 0 7 2020

PEH_____DEPUTY CLERK

Clerk (
middle
P.o.
scra