IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES A. WOLFE, : Civil No. 3:20-cv-1153
:
    Petitioner : (Judge Mariani)
:
v. :
:
JOHN E. WETZEL, *et al.*, :
:
    Respondents :

## ORDER

**AND NOW**, this __14th__ day of January, 2021, upon consideration of the petition for writ of mandamus (Doc. 2), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of mandamus (Doc. 2) is **DENIED**.

2. Petitioner's application for leave to proceed *in forma pauperis* (Doc. 6) is **DISMISSED** based on Petitioner's payment of the requisite filing fee (*see* Docket Entry dated July 9, 2020).

                                                          Robert D. Mariani
                                                          United States District Judge