## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. WOLFE, | : | Civil No. 3:20-cv-1153 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _____ day of December, 2021, upon consideration of the petition

for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying

Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.    No certificate of appealability shall issue, as Petitioner has failed to
      demonstrate "a substantial showing of the denial of a constitutional right," 28
      U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36
      (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3.    The Clerk of Court is directed to **CLOSE** this case.


Robert D. Mariani
United States District Judge